# Third District Court of Appeal

## State of Florida

Opinion filed November 17, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D21-0185, 3D21-0379
Lower Tribunal Nos. 20-179 AP, 20-180 AP, 19-28249CC

_____

**Baptist Hospital of Miami, Inc., et al.,**
Appellants,

vs.

**Imperial Fire and Casualty Insurance Company,**
Appellee.


Appeals from the County Court for Miami-Dade County, Lody Jean, Judge.

Isicoff Ragatz, and Eric D. Isicoff and Matthew L. Lines; Douglas H. Stein, P.A., and Douglas H. Stein; and Jimenez, Hart & Mazzitelli, LLP, and Carlos Jimenez, for appellants.

McFarlane Dolan & Prince, and William J. McFarlane, III and Michael K. Mittelmark (Coral Springs), for appellee.


Before SCALES, MILLER, and BOKOR, JJ.

PER CURIAM.

Constrained by our precedent, we affirm the order on appeal. <u>See</u> <u>O.A.G. Corp. v. Britamco Underwriters, Inc.</u>, 707 So. 2d 785, 787 (Fla. 3d DCA 1998), <u>abrogated on other grounds by</u> <u>Caufield v. Cantele</u>, 837 So. 2d 371 (Fla. 2002); <u>Guarantee Ins. Co. v. Worker's Temp. Staffing, Inc.</u>, 61 So. 3d 1233, 1235 (Fla. 5th DCA 2011).